# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

130777

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ARLEO JAMES MILLER,
            Defendant-Appellant.

SC: 130777
COA: 267670
Saginaw CC: 02-021691-FH

_____/

On order of the Court, the application for leave to appeal the February 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

Clerk

p0821